# PETER B. STRONG

August 31, 2018

Hon. Mark L. Wolf
United States District Court
1 Courthouse Way
Boston, MA. 02210

Ref: James Polese

Dear Judge Wolf:

I am writing you at the request of James Polese, and to provide for you insight into James as an individual.

I have known James and his family for many years. He comes from a family which is very family focused, and believes that family comes first. James has always been involved in his kids' sports and activities - from coaching baseball, football, coaching lacrosse together with me - to James cheering on the sidelines during many games. James' mindset has always been to carry the torch - that family comes first.

I am not certain of all the facts that led to James' current situation. I do believe that he "got too far over his skis", resulting in James to seek any avenue to avoid failure. I sense there was pressure within the household, and within himself, to perform well consistently, to provide for the family and to succeed.

I remain incredibly shocked regarding the charges facing James, as this is not the individual I have known over the years. I sense the overall pressure to provide led to James' current state.

Regards,

Peter B. Strong